

FILED
IN OPEN COURT

MAY - 5 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:16cr 70 |
| v. | ) | |
| | ) | 18 U.S.C. § 1001(a)(3) |
| MARCUS HUNTER, | ) | False Statement |
| | ) | (Counts 1-2) |
| Defendant. | ) | |

## INDICTMENT

May 2016 TERM - At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 4, 2016, in the Eastern District of Virginia, in a matter within the jurisdiction of the Transportation Security Administration (TSA), an agency within the executive branch of the government of the United States, the defendant MARCUS HUNTER, did knowingly and willfully make and use a materially false writing and document, that is HUNTER submitted to the TSA a forged and falsified reference letter purporting to be from B.S., in support of a Transportation Workers Identification Card application, knowing the reference letter to be forged and falsified at the time of its submission.

(In violation of 18 United States Code, Sections 1001(a)(3))

## COUNT TWO

On or about January 4, 2016, in the Eastern District of Virginia, in a matter within the jurisdiction of the Transportation Security Administration (TSA), an agency within the executive branch of the government of the United States, the defendant MARCUS HUNTER, did knowingly and willfully make and use a materially false writing and document, that is HUNTER submitted to the TSA a forged and falsified reference letter purporting to be from J.K., in support of a Transportation Workers Identification Card application, knowing the reference letter to be forged and falsified at the time of its submission.

(In violation of 18 United States Code, Sections 1001(a)(3))

United States v. Marcus Hunter.
Criminal No. 2:16cr 70

Sealed Pursuant to the
E-Government Act of 2002

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Joseph L. Kosky
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number (757) 441-6331
Facsimile Number (757) 441-3205
E-Mail Address - joseph.kosky@usdoj.gov